IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR-17-7-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTIAN JESUS RUIZ, | |
| Defendant. | |

THE COURT, having reviewed Defendant Ruiz's Unopposed Motion to Continue the Plea Agreement Deadline, the United States having no objection thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Defendant Ruiz's Unopposed Motion to Continue the Plea Agreement Deadline (Doc. 68) is GRANTED. The deadline for filing a plea agreement or notice of intent to proceed to trial is reset for June 23, 2017.

DATED this 7th day of June, 2017.

Sam E. Haddon
United States District Court Judge