FILED

JUN 07 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN JESUS RUIZ,<br><br>Defendant. | CR 17-7-H-SEH<br><br><br><br>**ORDER** |
|---|---|

The United States of America, having moved the Court for an order to seal Exhibit 1 and 2 to its Response to Defendant's Motion for Bill of Particulars and Other Relief, and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion to seal (Doc. 84) is GRANTED.

DATED this 7th day of June, 2017

*[signature]*
SAM E. HADDON
United States District Court Judge

1