

**FILED**

JUN 19 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JEFF ALLEN TRASK,<br>CHASE RYAN STORLIE,<br>HECTOR RICARDO GONZALEZ,<br>and CHRISTIAN JESUS RUIZ,<br><br>                Defendants. | CR 17-07-H-SEH<br><br>ORDER |

Upon *Ex Parte* Petition for Writ of Habeas Corpus ad Testificandum by

**Defendant Christian Jesus Ruiz**, and good cause appearing therefor,

ORDERED:

The Clerk of this Court shall issue a Writ of Habeas Corpus, ad

Testificandum, directing the United States Marshal for the District of Montana, to

produce HECTOR GONZALEZ before the above-entitled Court at Courtroom I,

Paul G. Hatfield Courthouse, Helena, Montana, at 8:45 a.m. on July 17, 2017, to

testify at the trial of Christian Jesus Ruiz, and upon conclusion of all proceedings to be returned to the Crossroads Correctional Facility or other detention facility designated by the United States Marshal.

DATED this _19th_ day of June, 2017.

SAM E. HADDON
United States District Judge