IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-07-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JEFF ALLEN TRASK,<br>CHASE RYAN STORLIE,<br>HECTOR RICARDO GONZALEZ,<br>and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

The Court conducted a hearing on Defendant Ruiz's Motion to Suppress[1] on June 20, 2017, at the Paul G. Hatfield Courthouse, Helena, Montana.

Upon the record made in open court,

ORDERED:

Defendant Ruiz's Motion to Suppress[2] is DENIED.

---

[1] Doc. 70.

[2] Doc. 70.

FURTHER ORDERED:

All unexpired deadlines set forth in the Court's Orders of May 26, 2017,[3] and June 7, 2017,[4] including the trial set for July 17, 2017, remain in full force and effect.

DATED this 20th day of June, 2017.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[3] Doc. 49.

[4] Doc. 80.