# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

**FILED**

SEP 1 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-07-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| JEFF ALLEN TRASK, CHASE RYAN STORLIE, HECTOR RICARDO GONZALEZ, and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

Defendant Christian Jesus Ruiz having entered a guilty plea to Count III of

the Indictment,

ORDERED:

Defendant Ruiz's Motion to Suppress[1] is DENIED as MOOT.

DATED this _11th_ day of September, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 156.